FILED

DEC 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUSAN ROUTH; et al.,<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>SEIU HEALTHCARE 775NW; et al.,<br><br>        Defendants-Appellees. | No. 16-35749<br><br>D.C. No. 2:14-cv-00200-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

     Pursuant to the court's December 5, 2018, order (docket #79), this matter is remanded to the district court so it can consider the parties' class settlement. Remand is without prejudice to reinstatement of the claims against SEIU 775 in the event the district court denies approval of the parties' final class action settlement agreement. Notice of reinstatement must be filed within 28 days of entry of the district court order denying approval.

     This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

12/14/18/cg/mediation

CG/Mediation