The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MARY HOFFMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JAY INSLEE, *et al.*,<br><br>Defendants. | NO. 2:14-cv-00200-MJP<br><br>ORDER DISMISSING DEFENDANTS GOVERNOR JAY INSLEE AND SECRETARY PATRICIA LASHWAY |

Pursuant to the parties' Stipulation, the Court orders defendants Governor Jay Inslee and Secretary Patricia Lashway dismissed from this action. The dismissal shall be with prejudice and each party shall bear its own costs.

IT IS SO ORDERED.

Dated: _January 3, 2019_

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

ORDER DISMISSING DEFENDANTS
GOVERNOR JAY INSLEE AND SECRETARY
PATRICIA LASHWAY - 1
NO. 2:14-cv-00200-MJP

GORDON TILDEN THOMAS & CORDELL LLP
600 University St., Ste. 2915
Seattle, WA 98101
Phone (206) 467-6477
Fax (206) 467-6292

Respectfully submitted on December 28, 2018 by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By    s/ *Michael P. Brown*
        Jeffrey I. Tilden, WSBA #12219
        Michael P. Brown, WSBA ##45618
        600 University St., Ste. 2915
        Seattle, WA 98101
        Telephone: (206) 467-6477
        Facsimile: (206) 467-6292
        Email:     jtilden@gordontilden.com
                     mbrown@gordontilden.com

**CARSON & NOEL PLLC**
Attorneys for Plaintiffs

By    s/ *Wright A. Noel*
        Wright A. Noel, WSBA #25264
        20 Sixth Avenue N.E.
        Issaquah, WA 98027
        Telephone: (425) 837-4717 ext 106
        Facsimile: (425) 837-5396
        Email:     wright@carsonnoel.com

ORDER DISMISSING DEFENDANTS
GOVERNOR JAY INSLEE AND SECRETARY
PATRICIA LASHWAY - 2
NO. 2:14-CV-00200-MJP

GORDON TILDEN THOMAS & CORDELL LLP
600 University St., Ste. 2915
Seattle, WA 98101
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, a true and correct copy of the foregoing was served on counsel via electronic mail only as follows:

**Attorneys for Defendants Inslee and Lashway:**
Susan Sackett DanPullo, WSBA #24249
Senior Counsel
Office of the Attorney General
Labor & Personnel Division
P.O. Box 40145
Olympia, WA 98504-0145
susand1@atg.wa.gov
wendyk2@atg.wa.gov
paigel@atg.wa.gov
LPDarbitration@atg.wa.gov

Alicia O. Young, WSBA #35553
Assistant Attorney General
Office of the Attorney General
Torts Division
P.O. Box 40126
Olympia, WA 98504-0126
aliciao@atg.wa.gov

**Attorneys for Defendant SEIU:**
Michael C. Subit, WSBA #29189
Beth Barrett Bloom, WSBA #31702
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104-1798
msubit@frankfreed.com
bbloom@frankfreed.com

Scott A. Kronland, Admitted Pro Hac Vice
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108
skronland@altber.com

                                             s/ *Michael P. Brown*
                                             Michael P. Brown, WSBA #45618

ORDER DISMISSING DEFENDANTS
GOVERNOR JAY INSLEE AND SECRETARY
PATRICIA LASHWAY - 3
NO. 2:14-cv-00200-MJP

GORDON TILDEN THOMAS & CORDELL LLP
600 University St., Ste. 2915
Seattle, WA 98101
Phone (206) 467-6477
Fax (206) 467-6292