The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SUSAN ROUTH, LINDA EBY, MARY JANE AURDAL OLSON, DOUG SCHYLER and SANDY SCHYLER, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEIU HEALTHCARE 775NW,<br><br>Defendant. | NO. 2:14-cv-00200 MJP<br><br>ORDER GRANTING MOTION FOR PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS |

This case came before the Court on Plaintiffs' motion for preliminary certification of settlement class. Having considered the papers on file and the argument of counsel, the Court orders as follows:

Plaintiffs' motion for preliminary certification of settlement class is GRANTED.

IT IS SO ORDERED.

Dated the 1st day of October, 2019.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR PRELIMINARY
CERTIFICATION OF SETTLEMENT CLASS - 1
No. 2:14-cv-00200 MJP

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, a true and correct copy of the foregoing was served on counsel via electronic mail only as follows:

**Attorneys for Defendant SEIU:**
Michael C. Subit, WSBA #29189
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104-1798
msubit@frankfreed.com
bbloom@frankfreed.com

Scott A. Kronland, Admitted Pro Hac Vice
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108
skronland@altber.com

    s/ *Michael P. Brown*
Michael P. Brown, WSBA #45618