The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SUSAN ROUTH, LINDA EBY, MARY JANE AURDAL OLSON, DOUG SCHYLER and SANDY SCHYLER, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEIU HEALTHCARE 775NW,<br><br>Defendant. | NO. 2:14-cv-00200 MJP<br><br>ORDER ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF CLASS NOTICE |

This case came before the Court on the Joint Motion for Preliminary Approval of Class Settlement and Approval of Class Notice. Having considered the papers on file and the argument of counsel, the Court orders as follows:

The Joint Motion for Preliminary Approval of Class Settlement and Approval of Class Notice is GRANTED.

Dated this 1st day of October, 2019.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

ORDER ON JOINT MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT AND APPROVAL
OF CLASS NOTICE - 1
No. 2:14-cv-00200 MJP

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, a true and correct copy of the foregoing was served on counsel via electronic mail only as follows:

**Attorneys for Defendant SEIU:**
Michael C. Subit, WSBA #29189
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104-1798
msubit@frankfreed.com
bbloom@frankfreed.com

Scott A. Kronland, Admitted Pro Hac Vice
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108
skronland@altber.com

    s/ *Michael P. Brown*
Michael P. Brown, WSBA #45618