UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN ROUTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEIU HEALTHCARE 775NW, <br><br> Defendant. | CASE NO. C14-200 <br><br> ORDER GRANTING UNOPPOSED MOTION FOR FINAL CERTIFICATION OF SETTLEMENT CLASS |

This matter comes before the Court on Plaintiffs' Unopposed Motion for Final Certification of Settlement Class. (Dkt. No. 242.) Having read the Motion and having reviewed the relevant record, the Court GRANTS the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 29, 2020.

Marsha J. Pechman
Senior United States District Judge