|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| SUSAN ROUTH, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>SEIU HEALTHCARE 775NW,<br><br>             Defendant. | | CASE NO. C14-200<br><br>ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS |

This matter comes before the Court on Plaintiffs' Motion for Final Approval of Attorney's Fees and Costs. (Dkt. No. 243.) Having read the Motion and reviewed the relevant record, the Court GRANTS the Motion. Plaintiffs move for an award of attorney's fees and costs as provided in the Parties' class action settlement ("Settlement") which the Court approved on April 29, 2020. The Settlement requires SEIU 775 to pay $3,250,000.

Plaintiffs are awarded attorney's fees in the amount of 25 percent of the $3,250,000 common fund, an award of litigation costs in the amount of $19,461, and an award of class administration fees of $80,000.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated April 29, 2020.

                                                Marsha J. Pechman
                                                Senior United States District Judge